IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE KOHAN, | CASE NO.: 3:20-cv-145 |
| Plaintiff, | Hon. Stephanie L. Haines |
| v. | |
| NORFOLK SOUTHERN RAILWAY COMPANY, and CONSOLIDATED RAIL CORPORATION, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by undersigned counsel, stipulate to the dismissal of this action, with prejudice, each party to pay its own costs and fees.

Respectfully submitted,

ELZER LAW FIRM, LLC

/s/ Christine T. Elzer
Christine T. Elzer, Esq.

ARMBRUSTER DRIPPS WINTERSCHEIDT & BLOTEVOGEL, LLC

/s/ Charles W. Armbruster
Charles W. Armbruster, III, Esq.
Michael T. Blotevogel, Esq.

Attorneys for Plaintiff, George Kohan

BURNS WHITE LLC

/s/ Edwin B. Palmer
T.H. Lyda, Esq.
Edwin B. Palmer, Esq.

Attorneys for Defendants, Norfolk Southern Railway Company and Consolidated Rail Corporation

AND NOW, this 20th day of January, 2021, IT IS SO ORDERED.

Stephanie L. Haines
UNITED STATES DISTRICT JUDGE